NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY DANIEL,                    )
                                   )
        Appellant,                 )
                                   )
v.                                 )        Case No. 2D16-1786
                                   )
MICHAEL ADCOCK,                    )
                                   )
        Appellee.                  )
_____)

Opinion filed June 8, 2018.

Appeal from the Circuit Court for
Hillsborough County; Jennifer X. Gabbard,
Judge.

Henry G. Gyden of Gyden Law Group,
P.A., Tampa, for Appellant.

Marie A. Borland and Christopher S.
Branton of Hill, Ward & Henderson, P.A.,
Tampa, for Appellee.


PER CURIAM.


                Affirmed.


VILLANTI, MORRIS, and BADALAMENTI, JJ., Concur.